**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| FRANCISCO JARDYEL ARZALUZ LOPEZ, | Case No. 5:26-cv-03126-RGK-AJR |
|---|---|
| Petitioner, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| MARKWAYNE MULLIN,[1] ET AL., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Magistrate Judge determined that it was appropriate to waive the objections period because Respondents expressly declined to oppose the Petition. (Dkt. 14 at 2.) Accordingly, the Court has conducted a *de novo* review of the Report and Recommendation. Having conducted a *de novo* review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

---

[1] Markwayne Mullin, Secretary of the Department of Homeland Security ("DHS") is hereby substituted for Alejandro Mayorkas. See Fed. R. Civ. P. 25(d).

IT IS ORDERED that the Petition is GRANTED.  Respondents shall immediately release Petitioner Francisco Jardyel Arzaluz Lopez (A# 097-713-020) ("Petitioner") from custody without conditions and return any confiscated property and documents to Petitioner upon release.  Respondents shall file a notice of compliance within three days of the entry of Judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   7/7/2026

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2