JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO JARDYEL ARZALUZ LOPEZ,

Petitioner,

v.

MARKWAYNE MULLIN,[1]  ET AL.,

Respondents.

Case No. 5:26-cv-03126-RGK-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

\\

---

[1] Markwayne Mullin, Secretary of the Department of Homeland Security ("DHS") is hereby substituted for Alejandro Mayorkas.  See Fed. R. Civ. P. 25(d).

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents shall immediately release Petitioner Francisco Jardyel Arzaluz Lopez (A# 097-713-020) ("Petitioner") from custody without conditions and return any confiscated property and documents to Petitioner upon release. Respondents shall file a notice of compliance within three days.

DATED: 7/7/2026

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2